1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GREGORY ASHBY, | ) | No. C 07-2015 JSW (PR) |
|---|---|---|
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

On April 10, 2007, Petitioner filed this pro se petition for a writ of habeas corpus.
On the same day that the petition was filed, the Court sent a notification to Petitioner
informing him that he had not submitted the filing fee or an application for leave to
proceed in forma pauperis.  The Court provided a copy of the correct in forma pauperis
application, along with a return envelope, and a notification that the case would be
dismissed if Petitioner failed to respond to the Court's request within thirty days.
Petitioner has not responded.  Accordingly, this case is DISMISSED without prejudice
for failure to pay the filing fee or submit an forma pauperis application.

IT IS SO ORDERED.

DATED:August 3, 2007

_____
JEFFREY S. WHITE
United States District Judge

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

GREGORY ASHBY,

Case Number: CV07-02015 JSW

Plaintiff,

7

**CERTIFICATE OF SERVICE**

v.

8

B. CURRY et al,

9

Defendant.

10

_____/

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

12

Court, Northern District of California.

13

That on August 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

14

said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
receptacle located in the Clerk's office.

15

16

17

Gregory Ashby
D44929

18

P.O. Box 689
Soledad, CA 93960

19

Dated: August 3, 2007

20

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

21

22

23

24

25

26

27

28