1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 GREGORY ASHBY,                            )        No. C 07-2015 JSW (PR)
                                            )
12              Petitioner,                 )
                                            )
13      vs.                                 )        **ORDER DENYING PETITION FOR
                                            )        WRIT OF HABEAS CORPUS;**
14 BEN CURRY, Warden,                       )        **DENYING CERTIFICATE OF
                                            )        APPEALABILITY**
15              Respondent.                 )
                                            )
16  _____        )

17

18        Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging the

19 October 27, 2004 decision of the California Board of Parole Hearings ("BPH") denying

20 him parole.  Specifically, Petitioner claims the decision does not comport with due

21 process because it is not supported by some evidence demonstrating that he poses a

22 current threat to public safety and because BPH relied on the unchanging factors of his

23 commitment offense in denying him parole.

24        The United States Supreme Court recently made clear that in the context of a

25 federal habeas challenge to the denial of parole, a prisoner subject to a parole statute

26 similar to California's receives adequate process when BPH allows him an opportunity to

27 be heard and provides him with a statement of the reasons why parole was denied.

28 Swarthout v. Cooke, No. 10-333, slip op. at 4–5 (U.S. Jan. 24, 2011) (per curiam).  Here,

1  the record shows Petitioner received at least this amount of process.  See Doc. #1, Exh. 1

2  at 6–10 & 73–78.  The Constitution does not require more.  Swarthout, slip op. at 5.

3      The Court also made clear that whether BPH's decision was supported by some

4  evidence of current dangerousness is irrelevant in federal habeas: "it is no federal

5  concern . . . whether California's 'some evidence' rule of judicial review (a procedure

6  beyond what the Constitution demands) was correctly applied."  Swarthout, slip op. at 6.

7  Accordingly, the instant federal Petition for a Writ of Habeas corpus is **DENIED**.

8      Further, a Certificate of Appealability is **DENIED**.  See Rule 11(a) of the Rules

9  Governing Section 2254 Cases.  Petitioner has not made "a substantial showing of the

10 denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Nor has Petitioner

11 demonstrated that "reasonable jurists would find the district court's assessment of the

12 constitutional claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484

13 (2000).  Petitioner may not appeal the denial of a Certificate of Appealability in this

14 Court but may seek a certificate from the Court of Appeals under Rule 22 of the Federal

15 Rules of Appellate Procedure.  See Rule 11(a) of the Rules Governing Section 2254

16 Cases.

17     The clerk shall terminate any pending motions as moot, enter judgment in favor of

18 Respondent and close the file.

19     IT IS SO ORDERED.

20 DATED: February 8, 2011

21                             JEFFREY S. WHITE
                            United States District Judge

22

23

24

25

26

27     G:\JSWALL\Pro-Se Prisoner\2007\Ashby07-2015.bph-deny-post cooke.wpd

28                             2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY ASHBY,

        Plaintiff,

  v.

B. CURRY et al,

        Defendant.

                               /

Case Number: CV07-02015 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Ashby
D44929
CSP-Solano
P.O. Box 4000 Bldg. 18
Vacaville, CA 95696-4000

Dated: February 8, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk